Clerk, U.S. District Court
August 23, 2018
Page 2 of 2

AUG 2 4 2018

Dear Clerk:

David J. Bradley, Clerk of Court

       I have been appointed Receiver for the Receivership Defendants (as described above and footnote 1), pursuant to an order entered by the Honorable John Z. Lee in the case captioned above, *U.S. Securities and Exchange Commission v. EquityBuild, Inc., et al.*, Case No. 18-cv-5587, pending in the United States District Court for the Northern District of Illinois, Eastern Division.

       Because I reasonably believe there is real or personal property located in your district to which the Receiver may have a claim, pursuant to 28 U.S.C. § 754, I am required to file copies of the Complaint from the above-captioned matter as well as the Order appointing me Receiver with this Court within ten (10) days of my appointment. Accordingly, I have enclosed three (3) copies of the Complaint and two (2) copies of Order of appointment entered by U.S. District Court for the Northern District of Illinois, along with the miscellaneous filing fee in the amount of $47.00.

       I would appreciate it if you could return a file marked copy, stamped no later than August 27, 2018, of the Complaint and Order of appointment to me in the enclosed stamped, self-addressed envelope.

       Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to call at any time.

Very truly yours,

Enclosures                       Kevin B. Duff, Receiver

# EquityBuild, Inc.
# EquityBuild Finance, LLC
## *In Receivership*

| Kevin B. Duff, Receiver | c/o Rachlis Duff Adler Peel & Kaplan, LLC |
|---|---|
| equitybuildreceiver@rdaplaw.net | 542 South Dearborn Street, Suite 900 |
| (312) 733-3390 Phone | Chicago, Illinois 60605 |

August 23, 2018

VIA FEDERAL EXPRESS
Clerk, U.S. District Court
U.S. District Court for the
 Southern District of Texas
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

> **Re:** ***U.S. Securities and Exchange Commission v. EquityBuild, Inc., et al.,*** **Case No. 18-cv-5587**
>
> **Appointment of Receivership for Equitybuild, Inc., Equitybuild Finance, LLC, their affiliates and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen[1] ("Receivership Defendants")**

---

[1] The affiliates and affiliate entities included as Receivership Defendants, include, *but are not limited to*:
3400 Newkirk, LLC, Hard Money Company LLC, Tikkun Holdings LLC, 11117 S Longwood LLC, 11318 S Church St Associates, 1632 Shirley LLC, 1700 Juneway LLC, 2136 W 83RD LLC, 2537 N McVicker LLC, 4520 S Drexel LLC, 4533-37 S Calumet LLC, 4528 Michigan LLC, 4750 Indiana LLC, 4755 S Saint Lawrence Associates, 5001 S Drexel LLC, 5411 W Wrightwood LLC, 6951 S Merrill LLC, 7107-29 S Bennett LLC, 7109 S Calumet LLC, 7922 S Luella LLC, 7927-49 S Essex LLC, 7933 S Kingston LLC, 7945 S Kenwood LLC, 8104 S Kingston LLC, 8153 S Avalon LLC, 8217 Dorchester LLC, 8311 S Green LLC, 8432 S Throop Associates, 8725 S Ada LLC, 8745 S Sangamon LLC, 8801 S Bishop St Associates, 9158 S Dobson LLC, Chicago Capital Fund I LLC, Chicago Capital Fund II LLC, EB South Chicago 1 LLC, EB South Chicago 2 LLC, EB South Chicago 3 LLC, Hybrid Capital Fund LLC, South Shore Property Holdings LLC, South Side Development Fund 1 LLC, South Side Development Fund 2 LLC, South Side Development Fund 3 LLC, South Side Development Fund 4 LLC, South Side Development Fund 5 LLC, South Side Development Fund 6 LLC, South Side Development Fund 7 LLC, and South Side Development Fund 8 LLC.